UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| CINDY ANN FRANK, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | CV 13-43-M-DWM-JCL |
| GREGORY CHAPMAN, MONTANA BACK AND REHABILITATION INSTITUTE, and PRO ADJUSTER CHIROPRACTIC CLINIC, | ) ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

\_\_\_\_\_Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_Decision by the Court.   It is ordered that the Findings and Recommendation are adopted in full.

IT IS HEREBY ORDERED that judgment is entered in favor of the defendants  and against the plaintiff.

DATED this 4th day of April, 2013

TYLER P. GILMAN, CLERK

By: /s/ B. Warren
 Deputy Clerk